DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NORRIS STANFORD ROGERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2519

[January 17, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312016CF000439 A.

Carey Haughwout, Public Defender, and Peggy Natale, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***